In the Matter of the Judicial Settlement of the Account of FLORENCE B. NICKERSON, as Administratrix, etc., of WILLIAM H. BEVINS, Late of the Town of Middleburgh, Schoharie County, Deceased.— Claimant presented to the administratrix of the estate of William H. Bevins, decedent, a claim for damages in the sum of $150 in connection with an alleged breach of warranty in the sale of a horse. It appears that claimant purchased a team of horses from decedent on December 1, 1937, and gave a chattel mortgage to cover a portion of the purchase price. Decedent died on January 2, 1939. During decedent's lifetime claimant made payments on the mortgage aggregating the sum of thirty dollars. Claimant used the horses from the date of purchase until the spring of 1939, without any objection. After decedent's death, without protest, he gave a new chattel mortgage to the representative of the estate covering the purchase price of the same horses. In May, 1939, subsequently to the death of decedent, claimant presented his claim against the estate which was rejected. On the final accounting the surrogate tried the issue and determined that the proof was insufficient to establish a claim against the estate. The evidence sustains the finding. Decree affirmed, without costs. Crapser, Bliss, Heffernan and Foster, JJ., concur; Hill, P. J., dissents.

EDGAR S. KNOX, Respondent, v. STATE BANK OF ALBANY, Appellant.— Appeal from an order of the Albany County Court which reversed an order of the City Court of Albany, denying respondent's motion for a new trial, and granted a new trial. The case was tried in one court room and the verdict of the jury was received in a different one in the absence of counsel for the parties and of the justice who presided at the trial. Counsel for the respondent waited for the return of the jury in the court room where the case was tried, and had no knowledge of the verdict taken elsewhere until the jury had dispersed. The County Court has held that the respondent was deprived of a substantial right to poll the jury when the verdict was returned. (*Warner* v. *N. Y. C. R. R. Co.*, 52 N. Y. 437; *Eastman Kodak Co.* v. *Benham*, 224 App. Div. 876.) Order appealed from affirmed, with costs. Hill, P. J., Crapser, Heffernan and Foster, JJ., concur; Bliss J., dissents.